# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MASTERFILE CORPORATION, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | C.A. NO. 4:14-cv-1882 |
| | § | |
| ERIK SCOTT AND KATY SCOTT | § | |
| *Defendants* | § | **DEMAND FOR JURY TRIAL** |
| | § | |

## STIPULATION OF DISMISSAL

Plaintiff Masterfile Corporation and Defendants Erik Scott and Katy Scott, by and through their counsels of record, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims and remedies asserted, or that could have been asserted, in this action. In accordance with the parties' settlement agreement, Defendants will bear the cost of the filing fee paid by Plaintiff, and thereafter, each party shall bear the other costs and litigation expenses incurred by that party.

Respectfully submitted,

  */s/ Pam Rea*
Pam Rea
Texas Bar No. 00792790
Federal Id. No. 20799
**THE PAM REA LAW FIRM, PLLC**
7026 Old Katy Road, Suite 259
Houston, Texas 77024
(713) 980-4381
(713) 782-5002 – FACSIMILE
Email: pamrea@pamrealaw.com
Attorney-in-Charge for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on Oct. 14, 2014 and pursuant to the Federal Rules of Civil Procedure and the local rules of this district, a true and correct copy of the above and foregoing document was served via facsimile and email, as indicated below, on J. Davis Watson, attorney-in-charge for Defendants (pending their waiver or service and appearance in this suit).

                                                                                   ___/s/_ *Pam Rea*___
                                                                                    Pam Rea

J. Davis Watson
Watson Law Firm, LLP
1450 Copperfield Pkwy, Ste. 300
College Station, Texas 77845
(979) 703-4044 phone
(979) 703-7994 fax
dwatson@watsonlawyers.com
ATTORNEY-IN-CHARGE FOR DEFENDANTS